569 A.2d 350

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING**

v.

**John Fritz GREEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1990.

Decided Feb. 6, 1990.

John J. Hovan, Tunkhannock, for appellant.

Harold H. Cramer, Asst. Chief Counsel, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.